UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| THERMAL SURGICAL, LLC,<br>            Plaintiff/<br>            Counterclaim Defendant,<br><br>    v.<br><br>JEFF BROWN,<br>            Defendant,<br>            Counter-Claimant,<br>            Third Party Plaintiff,<br><br>    v.<br><br>NUVASIVE, INC.,<br><br>            Third Party Defendant.<br><br>and<br><br>NUVASIVE, INC.,<br>            Plaintiff,<br><br>    v.<br><br>JEFF BROWN,<br>            Defendant. | Case Nos. 2:15-cv-220<br>                  2:19-cv-75 |

## ORDER

IT IS HEREBY ORDERED that on or before October 31, 2023, the parties shall engage in an ENE session pursuant to the provisions of Local Rule 16.1. Counsel shall notify the ENE Administrator of such date by October 16**, 2023**.

Dated at Burlington, in the District of Vermont, this 19th day of September, 2023.

                                                 /s/ William K. Sessions III  
                                                 William K. Sessions III  
                                                 United States District Judge