UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 OCT -6 PM 3: 48

CLERK

BY IAN
DEPUTY CLERK

| | | |
|---|---|---|
| DANIEL MOORE, | ) | |
| | ) | |
| Counter-Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-00161 |
| | ) | |
| VICTORIA MOORE, | ) | |
| | ) | |
| Counter-Respondent. | ) | |

**ENTRY ORDER GRANTING IN PART COUNTER-RESPONDENT'S MOTION TO ESTABLISH A VISITATION SCHEDULE**
(Doc. 37)

The parties have been unable to agree to a visitation schedule and have submitted competing proposals. The court hereby ORDERS that visitation shall take place as follows:

1. Daniel Moore shall have video communication with L.M. via WhatsApp at 2:00 p.m. EST on Mondays and Thursdays for thirty (30) minutes. If he is more than fifteen (15) minutes late, visitation shall be deemed waived. He shall make arrangements pursuant to the contact information set forth in Doc. 37 at 2, ¶ 3.

2. In-person visitation shall take place between Daniel Moore and L.M. in late October 2023 from approximately October 25 to November 1 and November 9 to November 16 within the District of Vermont. Daniel Moore shall provide written notice ten (10) days in advance of the dates of his visit. In-person visitation shall take place as set forth in Doc. 36 at 4, ¶¶ (b)-(d).

3. The court will reconsider the issue of visitation at its scheduled bench trial.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 6th day of October, 2023.

Christina Reiss, District Judge
United States District Court